

FILED
CLERK, U.S. DISTRICT COURT
AUG - 7 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD GONZALEZ,<br><br>Defendant. | Case No.  CR 06-283-RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On August 7, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this case. Deputy Federal Public Defender ("DFPD") Neha Christerna was appointed to represent Defendant; DFPD Nadine Hettle was appointed to represent Defendant for the initial appearance.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, and the allegations in the Violation Petition. Defendant has submitted to the recommendation of detention.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ unverified background information regarding community ties, residence or employment
- ☒ allegations in the petition and current violation status
- ☒ no known bail resources
- ☒ history of prior supervised release revocation and absconding

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ criminal history includes conviction for carrying an unregistered and loaded firearm in 2006 and multiple contacts with law enforcement.
- ☒ history of prior supervised release revocation and absconding

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: August 7, 2017

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE
